THE UNITED STATES DISTRICT COURT
NEW HAMPSHIRE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | **ECF** |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 1:07-CV-406-JM |
| FREUDENBERG-NOK GENERAL PARTNERSHIP, | ) | COMPLAINT<br>JURY TRIAL DEMAND |
| Defendant. | ) | |

NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Timothy A. Poh, who applied for a position with Defendant and was rejected. As alleged with greater specificity below, the Equal Employment Opportunity Commission alleges that Defendant discriminated against Mr. Poh by hiring a younger, less qualified candidate than Mr. Poh due to Mr. Poh's age, 58.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Section 16(c) of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. § 216(c).

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Hampshire.

PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant Freudenberg-NOK General Partnership has continuously been doing business in the State of New Hampshire and Grafton County, and has continuously had at least 20 employees.

5. At all relevant times, Defendant Freudenberg-NOK General Partnership has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

STATEMENT OF CLAIMS

7. Since at least October 2006, Defendant has engaged in unlawful employment practices in violation of the ADEA, 29 U.S.C. § 623 as set forth below. In October 2006, Mr.

Poh applied for the position of Controller at Respondent's Bristol, New Hampshire location. On October 26, 2006, Defendant interviewed Mr. Poh.

8. On November 11, 2006, Mr. Poh inquired about his candidacy and was told by Defendant that it would contact Poh after it completed its interviews. After Defendant failed to contact Mr. Poh, he contacted Defendant again on December 28, 2006, expressing his interest and inquiring as to why the company had re-advertised the position on monster.com.

9. On January 3, 2007, Mr. Poh received a call from Defendant indicating that although Mr. Poh was well qualified, Defendant was looking for someone "not quite so old with as much experience" as he had.

10. Defendant offered the position to two younger applicants and eventually hired a younger, less qualified person for the position.

11. Defendants engaged in unlawful employment practices, in violation of the ADEA, 29 U.S.C. § 623, by denying Mr. Poh employment because of his age, 58.

12. The effect of the practices complained of in paragraphs 7 through 11 above has been to deprive Mr. Poh of equal employment opportunities and otherwise adversely affect his employment status.

13. The unlawful employment practices complained of in paragraphs 7 through 11 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with them, from discriminating against

employees age 40 and over, on the basis of age and/or engaging in protected activity under the ADEA, and from any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B. Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant to pay appropriate back wages in an amount to be determined at trial, and an equal sum as liquidated damages, or prejudgment interest in lieu thereof, to Mr. Poh as a result of the acts complained of above.

D. Order Defendant to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of their unlawful practices, including but not limited to the hiring of Mr. Poh.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F. Award the Commission its costs of this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

Ronald S. Cooper
General Counsel

James L. Lee
Deputy General Counsel

Gwendolyn Young Reams
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 "L" Street, N.W.
Washington D.C. 20507

/s/ Elizabeth Grossman
Elizabeth Grossman
Regional Attorney

/s/ Robert D. Rose
Robert D. Rose
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTNITYCOMMISSION
New York District Office
33 Whitehall Street
New York, NY 10004-2112
Tel. (212) 336-3721
Fax. (212) 336-3623
elizabeth.grossman@eeoc.gov
robert.rose@eeoc.gov

/s/ Arnold J. Lizana III
Arnold J. Lizana III
Trial Attorney (MA Bar # 646161)
EQUAL EMPLOYMENT OPPORTNITYCOMMISSION
475 John F. Kennedy Federal Building
Boston, MA 02203
Tel. (617) 565-3210
Fax. (617) 565-3169
arnold.lizana@eeoc.gov