UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Equal Employment Opportunity Commission</u>

    v.                                    Civil No. 07-cv-406-JD

<u>Freudenberg-NOK General Partnership</u>

**O R D E R**

The depositions scheduled for December 15th are stayed as plaintiff has filed a notice of intention to file a reply memorandum (document no. 14) which is not due under the rules until December 29th.

SO ORDERED.

_____
James R. Muirhead
United States Magistrate Judge

Date: December 9, 2008

cc:    Arnold J. Lizana, III, Esq.
        Elizabeth A. Grossman, Esq.
        Markus L. Penzel, Esq.
        Robert D. Rose, Esq.
        Thomas M. Closson, Esq.